B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Massachusetts

**Voluntary Petition**

| Field | Debtor | Joint Debtor |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): | **Silver Spoon Salad Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) | **02-0499501** | |
| Street Address of Debtor (No. and Street, City, and State): | **447 West Lowell Avenue, Haverhill, MA**  ZIP Code **01832** | Street Address of Joint Debtor: |
| County of Residence or of the Principal Place of Business: | **Essex** | |
| Mailing Address of Debtor (if different from street address): | | |
| Location of Principal Assets of Business Debtor (if different from street address above): | | |

### Type of Debtor (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

B1 (Official Form 1)(4/10)     Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Silver Spoon Salad Company, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) ||| 
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>  Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Silver Spoon Salad Company, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Robert L. O'Brien**
Signature of Attorney for Debtor(s)

**Robert L. O'Brien 653806**
Printed Name of Attorney for Debtor(s)

**Robert L. O'Brien**
Firm Name

**Attorney at Law
P.O. Box 357
New Boston, NH 03070-0357**
Address

**Email: RobJD@mail2firm.com
603-459-9965  Fax: 603-250-0822**
Telephone Number

**September 19, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Ronald Tomacchio**
Signature of Authorized Individual

**Ronald Tomacchio**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**September 19, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re **Silver Spoon Salad Company, Inc.**   Case No.
  Debtor(s)   Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Arrow Paper**<br>**PO BOX 1001**<br>**Wilmington, MA 01887** | **Arrow Paper**<br>**PO BOX 1001**<br>**Wilmington, MA 01887** | | | **55,000.00** |
| **Boston Salads**<br>**85 Newmarket Sq**<br>**Boston, MA 02118** | **Boston Salads**<br>**85 Newmarket Sq**<br>**Boston, MA 02118** | | | **35,000.00** |
| **Cains Foods**<br>**PO BOX 843018**<br>**Boston, MA 02284-3018** | **Cains Foods**<br>**PO BOX 843018**<br>**Boston, MA 02284-3018** | | | **10,278.78** |
| **City of Haverhall**<br>**Collector of Taxes**<br>**PO BOX 193**<br>**Medford, MA 02155-0002** | **City of Haverhall**<br>**Collector of Taxes**<br>**PO BOX 193**<br>**Medford, MA 02155-0002** | | | **30,000.00** |
| **Crawford & Associates**<br>**PO BOX 742**<br>**Water Valley, MS 38965** | **Crawford & Associates**<br>**PO BOX 742**<br>**Water Valley, MS 38965** | | | **12,000.00** |
| **Eastland Foods**<br>**69 Fletcher Ave**<br>**Cranston, RI 02920** | **Eastland Foods**<br>**69 Fletcher Ave**<br>**Cranston, RI 02920** | | | **25,000.00** |
| **Ikon Financial Services**<br>**PO BOX 41564**<br>**Philadelphia, PA 19101-1564** | **Ikon Financial Services**<br>**PO BOX 41564**<br>**Philadelphia, PA 19101-1564** | copier lease | | **8,500.00** |
| **James Tomacchio**<br>**27 Gaston St**<br>**Methuen, MA 01844** | **James Tomacchio**<br>**27 Gaston St**<br>**Methuen, MA 01844** | | | **20,303.75** |
| **Labelprint America Inc**<br>**8 Opportunity Way**<br>**Newburyport, MA 01950** | **Labelprint America Inc**<br>**8 Opportunity Way**<br>**Newburyport, MA 01950** | | | **8,000.00** |
| **Land O'Frost**<br>**PO BOX 353**<br>**Lansing, IL 60438-1100** | **Land O'Frost**<br>**PO BOX 353**<br>**Lansing, IL 60438-1100** | | | **5,000.00** |
| **National Grid Electric**<br>**PO BOX 1005**<br>**Woburn, MA 01807-1005** | **National Grid Electric**<br>**PO BOX 1005**<br>**Woburn, MA 01807-1005** | | | **14,693.00** |
| **Paul W Marks Co**<br>**8 Commercial  Street**<br>**Everett, MA 02149** | **Paul W Marks Co**<br>**8 Commercial  Street**<br>**Everett, MA 02149** | | | **10,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Silver Spoon Salad Company, Inc.**     Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ronald Tomacchio Sr.<br>PO BOX 26<br>Hampstead, NH 03841 | Ronald Tomacchio Sr.<br>PO BOX 26<br>Hampstead, NH 03841 | | | 40,618.51 |
| Shaheen Bros<br>PO BOX 897<br>Amesbury, MA 01913 | Shaheen Bros<br>PO BOX 897<br>Amesbury, MA 01913 | | | 28,000.00 |
| Shining Ocean<br>1515 Puyallup Street<br>Sumner, WA 98390 | Shining Ocean<br>1515 Puyallup Street<br>Sumner, WA 98390 | | | 7,000.00 |
| Source Pack<br>19 Alexander Rd, Ste 5<br>Billerica, MA 01821 | Source Pack<br>19 Alexander Rd, Ste 5<br>Billerica, MA 01821 | | | 14,000.00 |
| Sovereign Bank<br>75 State Street<br>Boston, MA 02109 | Sovereign Bank<br>75 State Street<br>Boston, MA 02109 | Cross collateralized against inventory and equipment | | 1,900,000.00<br><br>(0.00 secured) |
| Sovereign Bank<br>75 State Street<br>Boston, MA 02109 | Sovereign Bank<br>75 State Street<br>Boston, MA 02109 | Line of Credit | | 600,000.00<br><br>(0.00 secured) |
| Sovereign Bank<br>75 State Street<br>Boston, MA 02109 | Sovereign Bank<br>75 State Street<br>Boston, MA 02109 | Inventory, equipment and receivables | | 300,000.00<br><br>(0.00 secured) |
| Sprague Energy Corp<br>PO BOX 83344<br>Woburn, MA 01813-3344 | Sprague Energy Corp<br>PO BOX 83344<br>Woburn, MA 01813-3344 | | | 18,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 19, 2010**     Signature **/s/ Ronald Tomacchio**
**Ronald Tomacchio**
**Vice President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

AG New England
PO BOX 6000
Suncook NH 03275

Alpha Chemical Servicing Inc
PO BOX 431
Stoughton MA 02072

Analytical Testing Lab
345 Trapelo Road
Belmont MA 02478

Arrow Paper
PO BOX 1001
Wilmington MA 01887

Boston Baking Inc
101 Sprague Street
Peabody MA 01960

Boston Salads
85 Newmarket Sq
Boston MA 02118

C & C Scale Co., Inc.
107 Rocky Meadow St
Middleboro MA 02346

Cains Foods
PO BOX 843018
Boston MA 02284-3018

Captain Kens
344  South Robert St
Saint Paul MN 55107

Cara Donna
55 Foodmart Rd
Boston MA 02118

Charles George Companies Inc
PO BOX 857
Londonderry NH 03053

City of Haverhall
Collector of Taxes
PO BOX 193
Medford MA 02155-0002

City of Haverhill
WasteWater/Water treatment
4 Summer St, Rm 300
Haverhill MA 01830

```
Clean Uniforms
PO BOX 63070
New Bedford MA 02746

Crawford & Associates
PO BOX 742
Water Valley MS 38965

Crocker & Windsor Seafoods, Inc.
PO BOX 51905
Boston MA 02205

DA Bucci & Sons Inc
260 Main Street
Stoneham MA 02180

Eastland Foods
69 Fletcher Ave
Cranston RI 02920

Ikon Financial Services
PO BOX 41564
Philadelphia PA 19101-1564

Imperial Fruit Trading LLC
PO BOX 841
Andover MA 01810

Industrial Boiler & Mechanical Services
PO BOX 711
Peabody MA 01960

James Tomacchio
27 Gaston St
Methuen MA 01844

Jard Marketing Corp
PO BOX 288
Lawrence MA 01842

Labelprint America Inc
8 Opportunity Way
Newburyport MA 01950

Land O'Frost
PO BOX 353
Lansing IL 60438-1100

M. Cutone
145 Market Street
Chelsea MA 02150

Milk N-It Dairy
576 Mammoth Road
Londonderry NH 03053
```

```
Modern Pest Services
100 Pleasant St
Brunswick ME 04011

Monson Companies
PO BOX 14010
Lewiston ME 04243-9537

National Grid Electric
PO BOX 1005
Woburn MA 01807-1005

National Grid Gax
PO BOX 4300
Woburn MA 01888-4300

Northeastern Refrigerated
1650 Shawsheen Street
Tewksbury MA 01876

Paul W Marks Co
8 Commercial  Street
Everett MA 02149

Poole
35 Commercial Dr Unit #1
Exeter NH 03833

Rice & Brouillard Electric Inc
PO BOX 1626
Haverhill MA 01831

Rochester Midland Corp
PO BOX 31515
Rochester NY 14603-1515

Ronald Tomacchio Sr.
PO BOX 26
Hampstead NH 03841

Shaheen Bros
PO BOX 897
Amesbury MA 01913

Shining Ocean
1515 Puyallup Street
Sumner WA 98390

Shrink Packaging Systems Corp
85 Northeastern Blvd
Nashua NH 03062

Source Pack
19 Alexander Rd, Ste 5
Billerica MA 01821
```

```
Sovereign Bank
75 State Street
Boston MA 02109

Sovereign Bank
75 State St
Boston MA 02109

Sovereign Bank
19 Pleasant St
Woburn MA 01801

Sprague Energy Corp
PO BOX 83344
Woburn MA 01813-3344

Sprint
PO BOX 105243
Atlanta GA 30348

Unicorr Packaging  Group
4282 Paysphere Cr
Chicago IL 60674

Verizon
PO BOX 1
Worcester MA 01654

West Lowell Realty Inc.
447 West Lowell Av
Haverhill MA 01832

Yes Trans Inc
PO BOX 1442
Seabrook NH 03874
```